IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE BOARD OF COMMISSIONERS OF
CATRON COUNTY, NEW MEXICO,

Plaintiff,

CIVIL NO.  12-cv-00237-CG-LAM

v.

UNITED STATES OF AMERICA; UNITED STATES
DEPARTMENTOF AGRICULTURE and the
UNITED STATES FOREST SERVICE, EDWARD
ATWOOD; VAN CLOTHIER; JOHN DRAKE;
JESSIE HARDIN; DONLEE MARTIN;
JOE GUZMAN; COREY PULLIG; GREGORY
SMESTAD; LEWIS (BILL) W. KELLY, AND
ALL UNKNOWN PERSONS CLAIMING
AN INTEREST IN THE PROPERTY,

Defendants.

## ORDER GRANTING EXTENSION OF TIME

**THIS MATTER** comes before the Court on the *Federal Defendants' Unopposed Motion for Extension of Time to Answer*, (Doc. 21). Defendants' counsel advises that an extension of time is required due to counsel's heavy litigation schedule and the fact-intensive nature of Plaintiff's complaint. (*Id*. at 1-2). The Court having considered the motion, noting that it is unopposed, and otherwise being fully advised in the premises, **FINDS** the motion to be well-taken.

**IT IS THEREFORE ORDERED** that the *Federal Defendants' Unopposed Motion for Extension of Time to Answer*, (Doc. 21), is **GRANTED**. Defendant United States of America, United States Department of Agriculture, and United States Forest Service shall

file an answer on or before July 5, 2012.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE